IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR-05-167-S-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER ADOPTING REPORT** |
| v. | ) | **AND RECOMMENDATION** |
| | ) | |
| GILBERTO ONTIVEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it a Report and Recommendation filed by the United

States Magistrate Judge.  (Docket No. 172).  On April 6, 2006, Defendant Gilberto

Ontiveros appeared before the Magistrate Judge to enter a change of plea pursuant

to a written plea agreement.  The Magistrate Judge conducted the plea hearing and

concluded there is a factual basis for Defendant's plea of guilty to Counts One,

Thirteen and Fourteen of the First Superseding Indictment (Docket No. 49), and

Count Twelve be Dismissed,  and that it was entered voluntarily and with full

knowledge of the consequences.  No objections to the Report and

Recommendation have been filed.

The Court now has reviewed the record, and finds that the requirements of

Rule 11 have been met.  *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir.

2003).  Specifically, the Court finds that the Magistrate Judge adhered to the

**Order Adopting Report and Recommendation - 1**

requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists. *See id.*  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Docket No. 172) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to Counts One, Thirteen and Fourteen of the First Superseding Indictment (Docket No. 49), and Count Twelve be Dismissed, shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Gilberto Ontiveros is found to be GUILTY as to the crimes charged in Counts One, Thirteen and Fourteen of the First Superseding Indictment (Docket No. 49), and that Count Twelve be

**Order Adopting Report and Recommendation - 2**

Dismissed.



DATED:  **September 27, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order Adopting Report and Recommendation - 3**